849 F.2d 606
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Harry MATHIS, for himself and for the use and benefit of his
wife, Thelma Mathis, Plaintiff-Appellant,
v.
VIRGINIA REAL ESTATE BOARD; Landon G. Atkins, as member of
the Virginia Real Estate Board; Moses Easter, Jr., as
member of the Virginia Real Estate Board; Dorothy R. Figg,
as member of the Virginia Real Estate Board; Edwin C. Hall,
as member of the Virginia Real Estate Board; John S.
Slaughter, as member of the Virginia Real Estate Board;
Aquia Harbour Property Owners Association, Inc., (a Virginia
non-stock corporation); Kenneth E. Belieu, Individually and
as a member or former member of the Board of Directors of
Aquia Harbour Property Owners Association, Inc.,; John V.
Bultman, Individually and as member or former member of the
Board of Directors of Aquia Harbour Property Owners
Association, Inc.; Walter E. Byerley, Individually and as a
member or former member of the Board of Directors of Aquia
Harbour Property Owners Association, Inc.; William M.
Carpenter, Individually and as member or former member of
the Board of Directors of Aquia Harbour Property Owners
Association, Inc.; William A. Cook, Individually and as
member or former member of the Board of Directors of Aquia
Harbour Property Owners Association, Inc.; Michael C.
Delacy, Individually and as member or former member of the
Board of Directors of Aquia Harbour Property Owners
Association, Inc.; Henry Demboski, Individually and as a
member or former member of the Board of Directors of Aquia
Harbour Property Owners Association, Inc.; John W. Drew,
Individually and as member or former member of the Board of
Directors of Aquia Harbour Property Owners Association,
Inc.; James E. Duke, Individually and as member or former
member of the Board of Directors of Aquia Harbour Property
Owners Association, Inc.; Darrell R. Edgar, Individually
and as member or former member of the Board of Directors of
Aquia Harbour Property Owners Association, Inc.; Patricia
A. Esser, Individually and as member or former member of the
Board of Directors of Aquia Harbour Property Owners
Association, Inc.; Robert E. Fraley, Individually and as
member or former member of the Board of Directors of Aquia
Harbour Property Owners Association, Inc.; Sidney Fisher,
Individually and as member or former member of the Board of
Directors of Aquia Harbour Property Owners Association,
Inc.; John R. Hancock, Individually and as member or former
member of the Board of Directors of Aquia Harbour Property
Owners Association, Inc.; Ebert E. Harrold, Individually
and as member or former member of the Board of Directors of
Aquia Harbour Property Owners Association, Inc.; James W.
Heath, Jr., Individually and as member or former member of
the Board of Directors of Aquia Harbour Property Owners
Association, Inc.; Iva Mae Hippert, Individually and as
member or former member of the Board of Directors of Aquia
Harbour Property Owners Association, Inc.; Phillip E.
Hornung, Individually and as member or former member of the
Board of Directors of Aquia Harbour Property Owners
Association, Inc.; Frank Kayuha, Individually and as member
or former member of the Board of Directors of Aquia Harbour
Property Owners Association, Inc.; John O. Keller,
Individually and as member or former member of the Board of
Directors of Aquia Harbour Property Owners Association,
Inc.; Jo D. Knight-Moore, Individually and as member or
former member of the Board of Directors of Aquia Harbour
Property Owners Association, Inc.; Martin R. Mann,
Individually and as member or former member of the Board of
Directors of Aquia Harbour Property Owners Association,
Inc.; Delane McHone, Individually and as member or former
member of the Board of Directors of Aquia Harbour Property
Owners Association, Inc.; William J. Meads, Individually
and as member or former member of the Board of Directors of
Aquia Harbour Property Owners Association, Inc.; Ralph
Metts, Individually and as member or former member of the
Board of Directors of Aquia Harbour Property Owners
Association, Inc.; Gerald W. Mullins, Individually and as
member or former member of the Board of Directors of Aquia
Harbourt Property Owners Association, Inc.; James E.
Nissley, III, Individually and as member or former member of
the Board of Directors of Aquia Harbour Property Owners
Association, Inc.; Jack B. Patterson, Individually and as
member or former member of the Board of Directors of Aquia
Harbour Property Owners Association, Inc.; Maurice D.
Russell, Individually and as member or former member of the
Board of Directors of Aquia Harbour Property Owners
Association, Inc.; James H. Sheehy, Individually and as
member of former member of the Board of Directors of Aquia
Harbour Property Owners Association, Inc.; Frances D.
Hopkins, Individually and as General Manager of the Aquia
Harbour Property Owners Association, Inc.; Francis T. Eck,
Individually and as a former member of the Virginia
Subdivided Land Sales Study Committee, Defendants-Appellees.
 No. 87-3717.
 United States Court of Appeals, Fourth Circuit.
 Submitted: April 26, 1988.
Decided: June 13, 1988.
 
 Harry Mathis, appellant pro se.
 Richard B. Zorn (Office of the Attorney General), for appellees Virginia Real Estate Board, Landon G. Atkins, Moses Easter, Jr., Dorothy R. Figg, Edwin C. Hall, John S. Slaughter.
 Thomas Parrish Collins, for appellee Francis T. Eck.
 Sandy Thomas Tucker, Albert Peter Brodell, William Angle Young, Jr. (Williams, Mullen, Christian & Dobbins); George Ernest Marzloff, for remaining appellees.
 Before DONALD RUSSELL, JAMES DICKSON PHILLIPS and CHAPMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 Harry Mathis appeals from the district court's order granting the defendants' motion for summary judgment in plaintiff's action challenging the constitutionality of the Virginia Subdivided Land Sales Act, Va.Code Secs. 55-336 to -351. Our review of the record and the district court's ruling from the bench discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Mathis v. Virginia Real Estate Board, C/A No. 87-40-R (E.D.Va. July 2, 1987). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.